**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARMANE SMITH,** | : | **3:17cv1677** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **HABAND,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 30th day of October 2017, it is hereby **ORDERED** as follows:

1. Plaintiff's Objections (Doc. 3) to Magistrate Judge Martin C. Carlson's report and recommendation (Doc 2) are **OVERRULED**;

2. Magistrate Judge Martin C. Carlson's report and recommendation is **ADOPTED**;

3. Plaintiff's complaint (Doc.1) is **DISMISSED** for failure to state a claim for which relief may be granted, and for lack of subject matter jurisdiction, without prejudice to file in an appropriate state court; and

4. The Clerk of Court is directed to close this case.

**s/James M. Munley_____**
**JUDGE JAMES M. MUNLEY**
**United States District Court**